FILED 2/27/2004 1:40:33 PM, USDC, Southern District of Iowa

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

| | | |
|---|---|---|
| ROBERT W. KRAMER, III d/b/a CIS INTERNET SERVICES, | * * * | CIVIL NO.  3:03-CV-80109 |
| Plaintiff, | * * | |
| v. | * * | **ORDER** |
| CASH LINK SYSTEMS, et al., | * * | |
| Defendants. | * | |

Before the court is an Application/Motion for Extension of Time (Clerk's No. 9) filed by plaintiff on February 23, 2004.  Plaintiff seeks additional time for filing the scheduling order and discovery plan under Local Rule 16.1.  Plaintiff filed a First Amended Complaint on February 20, 2004, naming specific defendants.  Plaintiff's initial complaint was filed against unnamed defendants.

Plaintiff's Application/Motion for Extension of Time (Clerk's No. 9) is granted.  The proposed scheduling order and discovery plan shall be submitted to the Clerk of Court within 120 days after February 20, 2004.

IT IS SO ORDERED.

Dated February 27, 2004.

_____
THOMAS J. SHIELDS
UNITED STATES MAGISTRATE JUDGE