FILED
ROCK ISLAND, IL

04 JUN 17 AM 8:07

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

DAVENPORT DIVISION

| | | |
|---|---|---|
| ROBERT W. KRAMER, III | ) | |
| d/b/a CIS INTERNET SERVICES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:03 CV 80109 |
| | ) | |
| CASH LINK SYSTEMS, INC.; | ) | |
| AMERIP.O.S., INC.; | ) | |
| OTB PRODUCTS, LLC; | ) | |
| AMP DOLLAR SAVINGS, INC.; | ) | |
| AL GOLD; BOB F. BRESNAHAN; | ) | |
| MONEYNEST HOLDINGS, INC.; | ) | |
| JAMES McCALLA; DAMON | ) | |
| DECRESCENZO; HEALTHSTOP, INC.; | ) | |
| MICHAEL MOEBECK; JOSEPH | ) | |
| INGERSOLL; INTERNET SERVICES | ) | |
| ZOCALO, INC.; GZ MEDIA, INC. | ) | |
| TEI MARKETING GROUP, INC.; | ) | |
| SAL SANTORO; JANET SMITH; | ) | |

42.

```
TOM SMITH; FRANK SPERRY;            )
NATIONAL CREDIT SYSTEMS, INC.;      )
JERRY POOLE; CARMEN LYMAN;          )
BRIAN YOUNG; KEVIN HERTZ;           )
MIHIR TENEJA; and                   )
JOHN DOES 29-300,                   )
                                    )
        Defendants.                 )
```

## REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO DEFENDANTS AMP DOLLAR SAVINGS, INC. AND TEI MARKETING GROUP, LLC

Plaintiff Robert W. Kramer, III d/b/a CIS Internet Services ("CIS") hereby requests that the Clerk of this Court enter the default of Defendant AMP Dollar Savings, Inc. ("AMP Dollar"), and TEI Marketing Group, LLC ("TEI Marketing") pursuant to Federal Rule of Civil Procedure 55(a). Upon the clerk's entry of the defaults, CIS will then file a Motion for Default Judgment in accordance with Federal Rule of Civil Procedure 55(b).

### DEFENDANT AMP DOLLAR SAVINGS, INC.

AMP Dollar was served with a Summons, Complaint, and First Amended Complaint in this case on March 9, 2004. *(See Exhibit A, Return of Service for AMP Dollar Savings, Inc.).* Service was made on AMP Dollar's registered agent in the state of Arizona. Accordingly, AMP Dollar was required to file a responsive

2

pleading on or before March 29, 2004. No such pleading has been filed.

### DEFENDANT TEI MARKETING GROUP, LLC

TEI Marketing was served with a Summons, Complaint, and First Amended Complaint in this case on April 5, 2004. *(See Exhibit B, Return of Service for TEI Marketing Group, LLC).* Service was made on TEI's registered agent and director Ronald Scott at his current address. Accordingly, TEI Marketing was required to file a responsive pleading on or before April 26, 2004. No such pleading has been filed.

WHEREFORE Plaintiff CIS respectfully requests that the Clerk of this Court immediately enter the default of Defendants AMP Dollar Savings, Inc. and TEI Marketing Group, LLC.

Respectfully submitted this 16th day of June, 2004.

**PILLERS LAW OFFICES, P.C.**

_____
G. Wylie Pillers, III
Executive Plaza Building
1127 North 2nd Street
Clinton, Iowa, 52732
Tel: (563) 243-2450
Fax: (563) 243-1440

**THE WELLBORN FIRM, LLC**
Paul F. Wellborn, III
Georgia Bar No. 746720
Kelly O. Wallace
Georgia Bar No. 734166

3

*(Admitted pro hac vice)*

1372 Peachtree Street, N.E.
Suite 204
Atlanta, GA 30309
Ph:  (404) 815-9595
Fx:  (404) 815-9957

Attorneys for Plaintiff CIS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

DAVENPORT DIVISION

| | | |
|---|---|---|
| ROBERT W. KRAMER, III | ) | |
| d/b/a CIS INTERNET SERVICES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:03 CV 80109 |
| | ) | |
| CASH LINK SYSTEMS, INC.; | ) | |
| AMERIP.O.S., INC.; | ) | |
| OTB PRODUCTS, LLC; | ) | |
| AMP DOLLAR SAVINGS, INC.; | ) | |
| AL GOLD; BOB F. BRESNAHAN; | ) | |
| MONEYNEST HOLDINGS, INC.; | ) | |
| JAMES McCALLA; DAMON | ) | |
| DECRESCENZO; HEALTHSTOP, INC.; | ) | |
| MICHAEL MOEBECK; JOSEPH | ) | |
| INGERSOLL; INTERNET SERVICES | ) | |
| ZOCALO, INC.; GZ MEDIA, INC. | ) | |
| TEI MARKETING GROUP, INC.; | ) | |
| SAL SANTORO; JANET SMITH; | ) | |

| | |
|---|---|
| TOM SMITH; FRANK SPERRY; | ) |
| NATIONAL CREDIT SYSTEMS, INC.; | ) |
| JERRY POOLE; CARMEN LYMAN; | ) |
| BRIAN YOUNG; KEVIN HERTZ; | ) |
| MIHIR TENEJA; and | ) |
| JOHN DOES 29-300, | ) |
| | )   CERTIFICATE OF SERVICE |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing Request for Clerk's Entry of Default upon the below-identified by either U.S. first class mail addressed as follows or by hand (as indicated):

**For Defendant AmeriP.O.S.:**
John O. Moeller

601 Brady St., Suite 303

Davenport, IA 52803

**For Defendant AMP Dollar Savings, Inc.:**
Gary C. Brown, Registered Agent

6616 East Mountain View

Scottsdale, AZ 85253

**For Defendant Bob F. Bresnahan:**
2900 Banyan Street #405

Ft. Lauderdale, FL

**For Defendant Brian Young:**
1210 - 203rd St. E

Spanaway, WA 98937

2

**For Defendant Cash Link Systems, Inc.:**
Alan Levine, Registered Agent

10800 Biscayne Blvd, #600

Miami, FL 33161

**For Defendant Damon DeCrescenzo:**
5900 Collins Avenue, Unit 1508

Miami Beach, FL

**For Defendant James McCalla:**
7200 NW 179th St.

Apartment 310

Miami, FL 33011

**For Defendant TEI Marketing:**
Ronald Scott, Registered Agent

2480 Cypress Pond Road

Apartment 410

Palm Harbor, FL 34683

PILLERS LAW OFFICES, P.C.

_____
G. Wylie Pillers, III
Executive Plaza Building
1127 North 2nd Street
Clinton, Iowa, 52732
Tel: (563) 243-2450
Fax: (563) 243-1440


**THE WELLBORN FIRM, LLC**
Paul F. Wellborn, III
Georgia Bar No. 746720
Kelly O. Wallace
Georgia Bar No. 734166
*(Admitted pro hac vice)*

1372 Peachtree Street, N.E.
Suite 204

3

```
                              Atlanta, GA 30309
                              Ph:  (404) 815-9595
                              Fx:  (404) 815-9957
```

Attorneys for Plaintiff CIS