```
                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF IOWA
                         DAVENPORT DIVISION
```

ROBERT W. KRAMER, III            )
d/b/a CIS INTERNET SERVICES,     )
                                 )
     Plaintiff,                  )
                                 )
v.                               )    Case No. 3:03 CV 80109
                                 )
CASH LINK SYSTEMS, INC.;         )
AMERIP.O.S., INC.;               )
AMP DOLLAR SAVINGS, INC.;        )
JAMES McCALLA; DAMON             )
DECRESCENZO; TEI MARKETING       )
GROUP, INC.;                     )
NATIONAL CREDIT SYSTEMS, INC.;   )
and JOHN DOES 29-300,            )
                                 )
     Defendants.                 )

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ENTRY OF PERMANENT INJUNCTION AS TO DEFENDANT JAMES MCCALLA**

Plaintiff Robert W. Kramer, III d/b/a CIS Internet Services ("Plaintiff" or "CIS") hereby moves for summary judgment and the entry of a permanent injunction against Defendant James McCalla ("Defendant" or "McCalla") pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1.  CIS shows that there is no genuine issue of material fact as to its claims against McCalla and that it is entitled to judgment as a matter of law. Plaintiff's motion is based upon the following:

1.

The contemporaneously-filed memorandum of fact and law;

2.

Defendant McCalla's admissions resulting from his failure to respond to Plaintiff's properly-served requests under Federal Rule of Civil Procedure 36; and

3.

This Motion for Summary Judgment is supported by Plaintiff's Brief, Statement of Material Facts, and Appendix filed concurrently with this Motion pursuant to Local Rule 56.1.

Respectfully submitted this 26th day of April, 2005.

**WELLBORN & WALLACE, LLC**

_____
Kelly O. Wallace
Georgia Bar No. 734166

1372 Peachtree St. NE, Suite 204
Atlanta, GA 30309
Ph: (404) 815-7714
Fx: (404) 815-9957


G. Wylie Pillers, III
PILLERS LAW OFFICES, P.C.
Executive Plaza Building
1127 North 2nd Street
Clinton, Iowa, 52732
Tel: (563) 243-2450
Fax: (563) 243-1440

Attorneys for Robert W. Kramer, III

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

```
ROBERT W. KRAMER, III           )
d/b/a CIS INTERNET SERVICES,    )
                                )
    Plaintiff,                  )
                                )
v.                              )   Case No. 3:03 CV 80109
                                )
CASH LINK SYSTEMS, INC.;        )
AMERIP.O.S., INC.;              )
AMP DOLLAR SAVINGS, INC.;       )
JAMES McCALLA; DAMON            )
DECRESCENZO; TEI MARKETING      )
GROUP, INC.;                    )
NATIONAL CREDIT SYSTEMS, INC.;  )
and JOHN DOES 29-300,           )
                                )
    Defendants.                 )
```

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing Motion for Summary Judgment upon the below-identified by either U.S. first class mail addressed as follows or by hand (as indicated):

      **For Defendant James McCalla:**
      7200 NW 179th St.
      Apartment 310
      Miami, FL 33011

      and

      P.O. Box 246631
      Pembroke Pines, FL 33024

Respectfully submitted this 26th day of April 2005.

**WELLBORN & WALLACE, LLC**

*/s/ Kelly O. Wallace*
_____
Kelly O. Wallace
Georgia Bar No. 734166

1372 Peachtree St. NE, Suite 204
Atlanta, GA 30309
Ph:  (404) 815-7714
Fx:  (404) 815-9957

Attorney for Robert W. Kramer, III