UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

```
ROBERT W. KRAMER, III         )
d/b/a CIS INTERNET SERVICES,  )
                              )
     Plaintiff,               )
                              )
v.                            )   Case No. 3:03 CV 80109
                              )
CASH LINK SYSTEMS, INC.;      )
AMERIP.O.S., INC.;            )
AMP DOLLAR SAVINGS, INC.;     )
JAMES McCALLA; DAMON          )
DECRESCENZO; TEI MARKETING    )
GROUP, INC.;                  )
NATIONAL CREDIT SYSTEMS, INC.;)
and JOHN DOES 29-300,         )
                              )
     Defendants.              )
```

**SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT AND PROPOSED ORDER**

Plaintiff Robert W. Kramer, III d/b/a CIS Internet Services ("Plaintiff" or "CIS"), in accordance with this Court's September 20, 2005 Order, files this supplemental brief in support of its previously-filed Motion for Summary Judgment. Plaintiff shows that Defendant James McCalla ("Defendant" or "McCalla") has not responded substantively to any of the factual or legal claims in Plaintiff's April 26, 2005 Motion for Summary Judgment and Brief in Support thereof, and the statements of fact and legal arguments therein are hereby incorporated by reference.

Plaintiff has prepared a Proposed Order setting forth the undisputed facts and legal authority in support of the relief requested by CIS on Summary Judgment, and has attached the Order to this Brief at Exhibit A.

Respectfully submitted this 27th day of September, 2005.

**WELLBORN & WALLACE, LLC**

*/s/ Kelly O. Wallace*

_____
Kelly O. Wallace
Georgia Bar No. 734166

1372 Peachtree St. NE, Suite 204
Atlanta, GA 30309
Ph:  (404) 815-7714
Fx:  (404) 815-9957

G. Wylie Pillers, III
PILLERS LAW OFFICES, P.C.
Executive Plaza Building
1127 North 2nd Street
Clinton, Iowa, 52732
Tel: (563) 243-2450
Fax: (563) 243-1440

Attorneys for Robert W. Kramer, III

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| ROBERT W. KRAMER, III<br>d/b/a CIS INTERNET SERVICES,<br><br>    Plaintiff,<br><br>v.<br><br>CASH LINK SYSTEMS, INC.;<br>AMERIP.O.S., INC.;<br>AMP DOLLAR SAVINGS, INC.;<br>JAMES McCALLA; DAMON<br>DECRESCENZO; TEI MARKETING<br>GROUP, INC.;<br>NATIONAL CREDIT SYSTEMS, INC.;<br>and JOHN DOES 29-300,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:03 CV 80109 |

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing Brief upon the below-identified by either U.S. first class mail addressed as follows or by hand (as indicated):

    **For Defendant James McCalla:**
    7200 NW 179th St.
    Apartment 310
    Miami, FL 33011

    and

    P.O. Box 246631
    Pembroke Pines, FL 33024

Respectfully submitted this 27th day of September, 2005.

**WELLBORN & WALLACE, LLC**

_____
Kelly O. Wallace
Georgia Bar No. 734166

1372 Peachtree St. NE, Suite 204
Atlanta, GA 30309
Ph:  (404) 815-7714
Fx:  (404) 815-9957

Attorney for Robert W. Kramer, III