IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

ROBERT W. KRAMER, III, d/b/a
CIS INTERNET SERVICES,

        Plaintiff,                  No. 3-03-CV-80109-CRW-TJS

vs.

CASH LINK SYSTEMS; AMERIP.O.S.        ORDER
INC.; AMP DOLLAR SAVINGS, INC.;
JAMES MCCALLA; DAMON
DECRESCENZO; TEI MARKETING GROUP, INC.;
NATIONAL CREDIT SYSTEMS, INC.;
and JOHN DOES 29-300,

        Defendants.

On March 27, 2008, the court held a hearing by telephone conference call on the motion for relief from judgment and for stay of proceedings filed by defendant National Credit Systems, Inc. (NCS).

Discovery on the issues raised by NCS in its motion shall be completed by July 1, 2008.

The court will hold a status conference by telephone conference call it will place to counsel of record at 9:00 a.m. on July 8, 2008.

An evidentiary hearing on the jurisdictional issues underlying the motion will be held at the U.S. Courthouse in Davenport, Iowa at 9:00 a.m. on August 25, 2008, or as soon thereafter as this case can be reached for final decision on the issues NCS has raised.

The court stays further judgment enforcement proceedings until there is filed a ruling on the motion for relief from judgment, or such earlier time as the court may set after further hearing requested by a party.

Until the court enters final rulings on the present NCS motion, NCS and its officers and managers shall engage only in its normal business operations and shall take no action outside the scope of its normal business operations that would diminish its assets to the detriment of the plaintiff should the court deny the present motion filed by NCS.

On or before April 3, 2008, the parties may file briefs on whether the court should require the posting of a bond, whether there should be a surety, the amount of any bond required, and any other action the court should take in conjunction with the present temporary stay of enforcement proceedings.

IT IS SO ORDERED.

Dated this 28th day of March, 2008.

CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT