IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| ROBERT W. KRAMER, III d/b/a<br>CIS INTERNET SERVICES<br>    Plaintiff,<br><br>Vs.<br><br>NATIONAL CREDIT SYSTEMS, INC.,<br>Et al. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 3:03-CV-80109-CRW-TJS<br><br><br><br>NOTICE OF APPEAL |

Notice is hereby given that Robert W. Kramer, III d/b/a CIS Internet Services, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 16th of July 2010.

PILLERS AND RICHMOND

By: ___/s/ David M. Pillers_____
    David M. Pillers AT0006214
    333 – 4th Avenue South
    Clinton, Iowa 52732
    Tele: 563-242-1130
    Fax: 563-243-2611
    Email: dpillers@pillerslaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Michael J. Burdette
Burdette Law Firm, P.C.
2190 N.W. 82nd Street, Suite A
Clive, Iowa 50325
Fax: 515-251-6362

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on August 13, 2010, upon the following individuals in the manner indicated:

**BY REGULAR MAIL**
Michael J. Burdette
Burdette Law Firm, P.C.
2190 N.W. 82nd Street, Suite A
Clive, Iowa 50325
Fax: 515-251-6362


___/s/ David M. Pillers_____
DAVID M. PILLERS