# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

August 26, 2011

Mr. David M. Pillers
G. WYLIE PILLERS, III, P.C.
333 Fourth Avenue, S.
The Commerce Building
Clinton, IA  52732

RE:  10-2852  Robert Kramer, III v. National Credit Systems

Dear Counsel:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Michael E. Gans
Clerk of Court

MER

Enclosure(s)

cc:    Mr. Michael J. Burdette
       Ms. Marjorie Krahn
       Mr. G. Wylie Pillers III
       Mr. David G. Wierman

District Court/Agency Case Number(s):   3:03-cv-80109-CRW