# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-2852

Robert W. Kramer, III, doing business as CIS Internet Services

Appellant

v.

Cash Link Systems, A Florida corporation, et al.

National Credit Systems, Inc. a New York corporation

Appellee

Jerry Poole, a Florida resident, et al.

---

Appeal from U.S. District Court for the Southern District of Iowa - Davenport
(3:03-cv-80109-CRW)

---

**MANDATE**

In accordance with the judgment of 08/26/2011, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 26, 2011

Clerk, U.S. Court of Appeals, Eighth Circuit