IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| ROBERT W. KRAMER, III d/b/a <br> CIS INTERNET SERVICES <br> Plaintiff, <br><br> Vs <br><br><br> NATIONAL CREDIT SYSTEMS, INC. <br> Et al. | ) <br> ) <br> ) NO. 3:03-CV-80109-CRW-TJS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Robert W. Kramer, III d/b/a CIS Internet Services ("CIS"), dismisses without prejudice all claims against Defendants Damon Decrescenzo and John Does 29-300.

None of these defendants have appeared in this case, and CIS is accordingly entitled to unilaterally dismiss its claims against them pursuant to Rule 41(a). No other defendants or claims are dismissed, nor does CIS waive its rights or compromise any claims against any or all of the above-named defendants, other than as expressly set forth above.

Respectfully submitted this 30th day of December, 2011.

PILLERS AND RICHMOND

By: _/s/ David M. Pillers_

David M. Pillers AT0006214
PILLERS AND RICHMOND

ATTORNEYS FOR PLAINTIFF