IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

ROBERT W. KRAMER, III d/b/a
CIS INTERNET SERVICES,

          No. 3-03-cv-80109-CRW-TJS

    Plaintiff,

vs.          FINAL JUDGMENT AND DISMISSAL
          OF ALL REMAINING DEFENDANTS

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant.

In 2003, plaintiff filed his original complaint against three hundred named and unnamed defendants. On February 20, 2004, plaintiff amended his complaint to seek damages and injunctive relief against National Credit Systems (NCS), an unnamed party in the original complaint. This court entered a default judgment against NCS, but the judgment was later set aside on the ground of ineffective service of process. On June 2, 3, and 4, 2010, this court conducted a bench trial and entered a judgment in favor of NCS and against plaintiff. Plaintiff appealed the judgment to the U.S. Court of Appeals for the Eighth Circuit, but the case was dismissed for lack of jurisdiction. The Court's Order dated August 26, 2011 explained that a final decision had not been entered by this court because claims against named and unnamed defendants remained unresolved. Plaintiff now voluntarily dismisses without prejudice all defendants other than NCS. On this date, the court held a telephone conference to receive arguments of counsel on whether the court should permit dismissal of claims against all defendants except NCS.

Pursuant to the Findings, Conclusions of Law, and Judgment for Defendant NCS entered on July 16, 2010, judgment has already been entered in favor of NCS and against

plaintiff Robert W. Kramer.  Now that is the final judgment as to Kramer's claims against NCS.  In the interest of finality, all claims against other and remaining defendants, named and unnamed, are hereby dismissed with prejudice.

        IT IS SO ORDERED.

        Dated this 9th day of April, 2012.

CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT