IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

_____

| | | |
|---|---|---|
| ROBERT W. KRAMER, III, d/b/a | ) | |
| CIS INTERNET SERVICES, | ) | |
| | ) | NO. 3:03-CV-80109-CRW-TJS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF APPEAL |
| | ) | |
| NATIONAL CREDIT SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

_____

Notice is hereby given that Robert W. Kramer, III, d/b/a CIS Internet Services, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 9th day of April, 2012 and all rulings inherent therein.

PILLERS AND RICHMOND


By: ___/s/ David M. Pillers_____
David M. Pillers AT0006214
333 – 4th Avenue South
Clinton, Iowa 52732
Tele: 563-242-1130
Fax: 563-243-2611
Email: dpillers@pillerslaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 13, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Michael J. Burdette
Burdette Law Firm, P.C.
2190 N.W. 82nd Street, Suite A
Clive, Iowa 50325
Fax: 515-251-6362

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 13, 2012, upon the following individuals in the manner indicated:

**BY REGULAR MAIL**
Michael J. Burdette
Burdette Law Firm, P.C.
2190 N.W. 82nd Street, Suite A
Clive, Iowa 50325
Fax: 515-251-6362


   ___/s/ David M. Pillers_____
   DAVID M. PILLERS