UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF IOWA
OFFICE OF THE CLERK
P. O. BOX 9344
DES MOINES, IA. 50306-9344
515-284-6248

# Civil Case Notice of Appeal Supplement

COUNSEL FOR APPELLANT PLEASE COMPLETE AND SUBMIT WITH NOTICE OF APPEAL

**Case Name:** _____ vs. _____

**District Court Case #** ____:____- cv - _____

**Appeal Fee ($455.oo) Status   Pd___   IFP___   Pending ___   Govt. Appeal ___**

**Counsel  Appointed ____   CJA ____   Retained ____   Pro Se____**

**Appeal filed by   Counsel____  Pro Se____**

**Any reason why counsel should not be appointed**_____

**Pending post Judgment motions:   Yes___ No___**

**Type of Motion(s)**_____

**High Public Interest Case   Yes_____  No_____**

**Simultaneous Opinion Release Requested   Yes____  No____**

**Trial  Held   Yes_____  No_____**

**Jury Trial  Held   Yes_____  No_____**

**Court Reporter   Yes ____  No_____   Length of Trial _____**

**Reporter's  Name** _____

**Address** _____

_____

**Phone** _____

**Transcript Ordered   Yes_____  No_____**

**Appealing:   Order prior to final judgment ____   Final Judgment____**

**Completed Form "A" Enclosed   Yes_____  No____**